**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Ph: (602) 263-2300
Fax: (602) 263-2350
John R. Clemency (email: clemencyj@gtlaw.com) – SBN 009646
Todd A. Burgess (email: burgesst@gtlaw.com) - SBN 019013
Tajudeen O. Oladiran (email: oladirant@gtlaw.com) -SBN 021265

**GREENBERG TRAURIG, P.A.**
1221 Brickell Avenue
Miami, Florida 33131
Ph: (305) 579-0500
Fax: (305) 579-0717
James P.S. Leshaw (email: leshawj@gtlaw.com) – FL Bar No. 917745
Daniel Gold (email: goldd@gtlaw.com) – FL Bar No. 0761281

Proposed Attorneys for First Magnus Financial Corporation

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>FIRST MAGNUS FINANCIAL CORPORATION,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>NO. 4-07-bk-01578-JMM<br><br>**NOTICE OF FILING MASTER MAILING LIST** |

PLEASE TAKE NOTICE that on August 21, 2007, the attached Master Mailing List was filed with the United States Bankruptcy Court for the District of Arizona.

DATED this 21st day of August, 2007.

                                        GREENBERG TRAURIG, LLP

                                        /s/ John R. Clemency
                                        John R. Clemency, SBN 009646
                                        Todd A. Burgess, SBN 019013
                                        Tajudeen O. Oladiran, SBN 021265
                                        James P.S. Leshaw, FL Bar No. 917745
                                        Daniel L. Gold, FL Bar No. 0761281

CHASE EQUIPMENT LEASING
1111 POLARIS PARKWAY STE A3
COLUMBUS OH 43240


JP MORGAN CHASE
PO BOX 974675
DALLAS TX 75397


THOMAS W SULLIVAN SR REVOCABLE TRUST
603 N WILMOT
TUCSON AZ 85711


MGIC
MGIC GUARA PO BOX 488
MILWAUKEE WI 53201-0488


UBS WARBURG
1285 AVENUE OF THE AMERICAS
11TH FLOOR
NEW YORK NY 100119


WASHINGTON MUTUAL BANK
555 DIVEND DRIVE
SUITE 150
COPPELL TX 75019


MERRILL LYNCH CONSTRUCTION LINE
2 WORLD FINANCIAL CENTER
5TH FLOOR
NEW YORK NY 10281


COUNTRY WIDE WAREHOUSE LENDING
8511 FALLBROOK AVENUE
WEST HILLS CA 91304


NATIONAL BANK OF AZ LOC
335 N WILMOT
TUCSON AZ  85711


WNS NORTH AMERICA INC
420 LEXINGTON AVENUE
SUITE 2515
NEW YORK NY  10170

*PHX 327924061v1 8/20/2007*

Case 4:07-bk-01578-EWH   Doc 5   Filed 08/21/07   Entered 08/21/07 12:31:37   Desc
Main Document    Page 2 of 12

PYRO
8750 N CENTRAL EXPRESSWAY
SUITE 1050
DALLAS TX 75231


FANNIE MAE
6000 FELDWOOD DRIVE
COLLEGE PARK GA 30349


CORELOGIC
10360OLD PLACERVILLE ROAD
SUITE 100
SACRAMENTO CA 95287


AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096


HILTON & MEYERS
3350 N COUNTRY CLUB
TUCSON AZ 85716


TIME WARNER
PO BOX 172567
DENVER CO 80217


GAPPCO
8575 HAVEN AVE
SUITE 210
RANCHO CUCAMONGA CA 91730


MGIC
250 E KILBORN AVE
MILWAUKEE WI 53202


PRINCIPAL LIFE
DEPT 400
PO BOX 14416
DES MOINES IA 50306


FEDERAL EXPRESS
PO BOX 660481
DALLAS TX  75266

DELL
PO BOX 802816
CHICAGO IL  60680


CORPORATE EXPRESS
PO BOX  71217
CHICAGO IL 60694


FM REALTY LLC
603 N WILMOT
TUCSON AZ 85711


WC PARTNERS
PO BOX  51285
LOS ANGELES CA 90051


CHASE EQUIPMENT LEASING
1111 POLARIS PARKWAY STE A3
COLUMBUS OH 43240


VANGUARD LEGATO GROUP
PO BOX 641417
SAN JOSE CA 95164


MORTGAGE TRAINING CORP OF AMERICA
17015 N SCOTTSDALE
SCOTTSDALE AZ 85255


DESARROLLOS HOTELEROS
800 BRICKELL
SUITE 100A
MIAMI FL 33131


LONG MORTGAGE
1050 E RIVER ROAD
TUCSON AZ 85718


FENNEMORE CRAIG PC
ONE SOUTH CHURCH AVE
SUITE 1000
TUCSON AZ 85701

MERS
13059 COLLECTIONS CENTER DRIVE
CHICAGO IL  60680


HMSV FINANCIAL SERVICES
6800 FRANCE AVENUE SOUTH #600
EDINA MN  55435


LANDSAFE
PO BOX 650530
DALLAS TX  75265


ANIXTER
PO BOX 847428
DALLAS TX 78284


FIRST ADVANTAGE TAX CONSULTING
4150 N DRINKWATER
SCOTTSDALE AZ  85251


KRONOS INC
PO BOX 845748
BOSTON MA  02284


NEW YORK STATE BANKING
80 SOUTH SWAN STREET
SUITE 1157
ALBANY NY 12210


FREDDIE MAC



DMS
PO BOX 468
PORTAGE MI 49081


TBS COURIER
PO BOX 23400
OAKLAND CA  94623

ATT
PO BOX 78045
PHOENIX AZ   85045


OFFICEMAX
440 NORTH 51ST AVENUE
PHOENIX AZ 85043


DUCK SOUP PRODUCTION
3350 N COUNTRY CLUB
TUCSON AZ 85716


QWEST COMMUNICATIONS
PO BOX  856169
LOUISVILLE KY 40285-6169

TUCSON ELECTRIC CO
PO BOX 711
TUCSON AZ 85702-0711


CITY OF TUCSON -WATER
310 WEST ALAMEDA
TUCSON AZ 85701


ARIZONA DEPT OF FINANCIAL INSTITUTIONS
2910 N 44TH STREET
SUITE 310
PHOENIX AZ 85018


FIRST MAGNUS CAPITAL INC
603 N WILMOT
TUCSON AZ 85711


INTERNAL REVENUE SERVICE
P O BOX 24017
FRESNO CA 93779


ARIZONA DEPARTMENT OF REVENUE
1600 W MONROE
PHOENIX AZ 85007


SEC HEADQUARTERS
100 F STREET NE
WASHINGTON DC 20549

*PHX 327924061v1 8/20/2007*

OFFICE OF THE US TRUSTEE
230 N 1ST AVENUE
SUITE 204
PHOENIX AZ 85003


ALABAMA STATE BANKING DEPT
401 ADAMS AVENUE
SUITE 680
MONTGOMERY AL 36104


ALASKA MORTGAGE LICENSING DIV
333 W WILLOUGHBY AVENUE
9TH FLOOR
JUNEAU AK 99811


ARKANSAS SECURITIES DEPT
HERITAGE WEST BLDG SUITE 300
201 EAST MARKHAM STREET
LITTLE ROCK AR 72201


CALIFORNIA DEPT OF CORPORATION
320 WEST 4TH STREET
SUITE 750
LOS ANGELES CA 90013


COLORADO UNIFORM CONSUMER CREDIT CODE
1525 SHERMAN STREET
5TH FLOOR
DENVER CO 80203


CONNECTICUT DEPT OF BANKING
260 CONSTITUTION PLAZA
HARTFORD CT 06103


DELAWARE OFFICE OF STATE BANKING COMM
555 E LOOCKERMAN STREET
SUITE 210
DOVER DE 19901


DISTRICT OF COLUMBIA DEPT OF BANKING
810 FIRST STREET NE
SUITE 701
WASHINGTON DC 20002

FLORIDA OFFICE OF FINANCIAL REGULATION
200 E GAINES STREET
TALLAHASSEE FL 32399


GEORGIA DEPT OF BANKING AND FINANCE
2990 BRANDYWINE ROAD
SUITE 200
ATLANTA GA 30341


HAWAII DIV OF FINANCIAL INSTITUTIONS
KING KALAKAUA BLDG
335 MERCHANT STREET RM 221
HONOLULU HI 96813


IDAHO DEPT OF FINANCE
800 PARK BLVD
SUITE 200
BOISE ID 83712


ILLINOIS DEPT OF FINANCIAL AND
PROFESSIONAL REGULATION
500 EAST MONROE
SPRINGFIELD IL 62701


INDIANA DEPT OF FINANCIAL INSTITUTIONS
30 S MERIDAN STREET
SUITE 300
INDIANAPOLIS IN 46204


IOWA DIVISION OF BANKING
200 E GRAND AVENUE
SUITE 300
DES MOINES IA 50309


KANSAS OFFICE OF STATE BANK COMMISSIONER
700 JACKSON
SUITE 300
TOPEKA KS 66603


KENTUCKY OFFICE OF FINANCIAL INSTITUTIONS
1025 CAPITAL CENTER DRIVE
SUITE 200
FRANKFORT KY 40601

LOUISIANA MORTGAGE LICENSING DIV
8660 UNITED PLAZA BLVD
SECOND FLOOR
BATON ROUGE LA 70809


MAINE DEPT OF PROFESSIONAL & FINANCIAL REG
OFFICE OF CONSUMER CREDIT REG
122 NORTHERN AVENUE
GARDINER ME 04345


MARYLAND DEPT OF LICENSING
COMMISSIONER OF FINANCIAL REGULATION
500 N CALVERT ST SUITE 402
BALTIMORE MD 21202


MASSACHUSETTS DIVISION OF BANKS
ONE SOUTH STATE
3RD FLOOR
BOSTON MA 02110


MICHIGAN CONSUMER FINANCE UNIT
611 W OTTAWA STREET
3RD FLOOR
LANSING MI 48933


MINNESOTA DEPT OF COMMERCE
85 7TH PLACE EAST
SUITE 500
ST PAUL MN 55101


MISSISSIPPI DEPT OF BANKING
901 WOOLFOLK BLDG STE A
501 N WEST STREET
JACKSON MS 39201


MONTANA DIV OF BANKING
301 SOUTH PARK
SUITE 316
HELENA MT 59601


NEBRASKA DEPT OF BANKING & FINANCE
1230 O STREET
SUITE 400
LINCOLN NE 68508

NEVADA DEPT OF BUSINESS & INDUSTRY
DIVISION OF MORTGAGE LENDING
400 W KING ST STE 101
CARSON CITY NV 89703


NEW HAMPSHIRE BANKING DEPT
64B OLD SUNCOOK ROAD
CONCORD NH 03301


NEW JERSEY DEPT OF BANKING
LICENSING SERVICES BUREAU
20 W STATE ST 8TH FLOOR
TRENTON NJ 08608


NEW MEXICO FINANCIAL INSTITUTIONS DIV
2550 CERRILLOS ROAD
3RD FLOOR
SANTA FE NM 87505


NEW YORK BANKING DEPT
ONE STATE STREET
3RD FLOOR
NEW YORK NY 10004


N CAROLINA COMMISSIONER OF BANKS
MORTGAGE LICENSING SECTION
4309 MAIL SERVICE CENTER
RALEIGH NC 27699


N DAKOTA DEPT OF FINANCIAL INSTITUTIONS
2000 SCHAFER ST
SUITE G
BISMARCK ND 58501


OHIO DEPT OF COMMERCE
DIVISION OF FINANCIAL INSTITUTIONS
77 S HIGH ST 21ST FLOOR
COLUMBUS OH 43215


OKLAHOMA DEPT OF CONSUMER CREDIT
4545 N LINCOLN BLVD
SUITE 104
OKLAHOMA CITY OK 73105

*PHX 327924061v1 8/20/2007*

Case 4:07-bk-01578-EWH    Doc 5    Filed 08/21/07    Entered 08/21/07 12:31:37    Desc
Main Document    Page 10 of 12

OREGON DEPT OF CONSUMER & BUSINESS SERV
350 WINTER STREET NE
ROOM 410
SALEM OR 97301


PENNSYLVANIA DEPT OF BANKING
MARKET SQUARE PLAZA
17 N SECOND ST STE 1300
HARRISBURG PA 17101


RHODE ISLAND DEPT OF BUSINESS REGULATION
DIVISION OF BANKING
233 RICHMOND ST STE 231
PROVIDENCE RI 02903


S CAROLINA DEPT OF CONSUMER AFFAIRS
3600 FOREST DRIVE
3RD FLOOR
COLUMBIA SC 29250


S DAKOTA DIVISION OF BANKING
217 ½ WEST MISSOURI AVENUE
PIERRE SD 57501


TENNESSEE DEPT OF FINANCIAL INSTITUTIONS
COMPLIANCE DIVISION
511 UNION STREET STE 400
NASHVILLE TN 37219


TEXAS OFFICE OF CONSUMER CREDIT COMMISSION
REGULATED LOAN LICENSING
2601 N LAMAR BLVD
AUSTIN TX 78705


UTAH DIVISION OF REAL ESTATE
160 EAST 300 SOUTH
P O BOX 146711
SALT LAKE CITY UT 84114


VERMONT DEPT OF BANKING
BANKING DIVISION
89 MAIN STREET DRAWER 20
MONTPELIER VT 05620

VIRGINIA BUREAU OF FINANCIAL INSTITUTIONS
1300 EAST MAIN STREET
SUITE 800
RICHMOND VA 23218


WASHINGTON DEPT OF LICENSING
MASTER LICENSE SERVICE
405 BLACK LAKE BLVD SW BLDG 2
OLYMPIA WA 98504


WEST VIRGINIA DIVISION OF BANKING
1900 KANAWHA BLVD EAST
BUILDING 3 ROOM 311
CHARLESTON WV 25305


WISCONSIN DEPT OF FINANCIAL INSTITUTIONS
DIVISION OF BANKING
345 W WASHINGTON AVENUE 4TH FL
MADISON WI 53703


WYOMING DIVISION OF BANKING
HERSCHLER BLDG 3RD FLOOR EAST
122 WEST 25TH STREET
CHEYENNE WY 82002