| | |
|---|---|
| 1 | **GREENBERG TRAURIG, LLP** |
| | 2375 East Camelback Road, Suite 700 |
| | Phoenix, Arizona 85016 |
| 2 | Ph: (602) 445-8000 |
| 3 | Fax: (602) 445-8100 |
| | John R. Clemency (email: clemencyj@gtlaw.com) – SBN 009646 |
| 4 | Todd A. Burgess (email: burgesst@gtlaw.com) - SBN 019013 |
| 5 | **GREENBERG TRAURIG, P.A.** |
| | 1221 Brickell Avenue |
| 6 | Miami, Florida 33131 |
| | Ph: (305) 579-0500 |
| 7 | Fax: (305) 579-0717 |
| | James P.S. Leshaw (email: leshawj@gtlaw.com) – FL Bar No. 917745 |
| 8 | Daniel Gold (email: goldd@gtlaw.com) – FL Bar No. 0761281 |
| 9 | Proposed Attorneys for First Magnus Financial Corporation |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| FIRST MAGNUS FINANCIAL CORPORATION, | Case No. 4-07-bk-01578-JMM |
| Debtor. | **CERTIFICATE OF SERVICE OF AMENDED ORDER AND NOTICE OF (1) HEARING ON DISCLOSURE STATEMENT WITH RESPECT TO PLAN OF LIQUIDATION; AND (2) DEADLINE FOR FILING PROOFS OF CLAIM IN THE CASE** |

STATE OF ARIZONA )
)ss.
County of Maricopa )

      I, Susan C. Vasquez, upon my oath depose and state:

      1.    I am over the age of twenty-one years and a resident of the State of Arizona.

HX 328002170v1 11/5/2007

2. As a Paralegal in the firm of Greenberg Traurig, LLP, and on behalf of the Debtor, First Magnus Financial Corporation, I caused a true and correct copy of the *Amended Order And Notice Of (1) Hearing On Disclosure Statement With Respect To Plan Of Liquidation; And (2) Deadline For Filing Proofs Of Claim In The Case* ("Amended Order") to be served by U.S. Mail on November 1, 2007.

3. The Amended Order was served on all parties identified on the Service List attached hereto.

_____
Susan C. Vasquez

SUBSCRIBED AND SWORN to me before this 5th day of November, 2007.

_____
Notary Public

OFFICIAL SEAL
SUSAN M. COLE
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires Oct. 27, 2011

My Commission Expires:

10/27/2011