

ROBERT E. MICHAEL & ASSOCIATES PLLC
ROBERT E. MICHAEL          **Dated: December 04, 2007**
950 Third Avenue, Suite 2500
New York, NY 10022
Telephone: (212) 758-4606
Facsimile: (212) 319-8922

_____
**JAMES M. MARLAR
U.S. Bankruptcy Judge**

DeCONCINI McDONALD YETWIN & LACY, P.C
NANCY J. MARCH (AZ# 012802)
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716
Telephone: (520) 322-5000
Facsimile: (520) 322-5585

Attorneys for WNS North America, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 Proceeding |
| FIRST MAGNUS FINANCIAL CORPORATION, | No. 4:07-bk-01578-JMM |
| Debtor. | **ORDER EXTENDING DEADLINE FOR WNS NORTH AMERICA, INC. TO FILE CLAIMS FOR DAMAGES ARISING FROM REJECTION OF EXECUTORY CONTRACTS WITH THE DEBTOR** |

On or about October 3, 2007, WNS North America, Inc. ("WNS") filed the Motion Of WNS North America, Inc. To Compel Debtor To Assume Or Reject Executory Contract (Docket No. 272) (the "Motion") asking this Court to compel debtor First Magnus Financial Corporation ("First Magnus" or the "Debtor") to assume or reject a Master Services Agreement and all related contracts between WNS and the Debtor (collectively, the "MSA"). The Debtor filed (1) Debtor's Response to Motion of WNS North America, Inc. to Compel Debtor to Assume or Reject Executory Contract, and (2) Motion for an Order Authorizing Debtor to Reject Master Services Agreement and Related Agreement with Trinity Partners Incorporated and the Official Committee of Unsecured Creditors (the "Committee") filed the Joinder of Official Committee of Unsecured Creditors to Motion of WNS North America, Inc. to Compel Debtor to Assume or

Reject Executory Contract, and (2) Motion for an Order Authorizing Debtor to Reject Master Services Agreement and Related Agreement with Trinity Partners Incorporated. At a hearing on October 30, 2007 (the "October 30 Hearing"), the Court ruled, in accordance with the parties' agreements, that the MSA would be rejected and that WNS would be required to file its claim(s) for rejection damages on or before December 3, 2007 (the proposed "Rejection Bar Date").

Subsequent to the October 30 Hearing, the parties were unable to agree to the language of an Order rejecting the MSA. Accordingly, WNS submitted a proposed Order advising the Court that the Debtor and the Committee had not approved the form of Order (the "WNS Order"). The Court approved and entered the WNS Order (Docket No. 644). The Debtor then filed, and the Committee joined, the Debtor's Motion for Order Vacating Order Submitted by WNS North America, Inc. Regarding Rejection of Executory Contracts with WNS North America, Inc. (Docket no. 692)("Motion to Vacate") and requested a hearing on the Motion to Vacate. The Court conducted a preliminary hearing on the Motion to Vacate on November 28, 2007 and, at the request of the Debtor and the Committee set a substantive hearing on the Motion to Vacate for December 7, 2007, which is after the proposed Rejection Bar Date.

Because there is disagreement among the parties regarding the order rejecting the MSA, and the effectiveness of the WNS Order has been stayed pending resolution of this disagreement, WNS has requested, the Debtor has agreed, and this Court hereby grants WNS an extension to the earlier of: (a) **January 3, 2008**; and (b) five (5) business days before ballots must be submitted with respect to a plan of reorganization or liquidation for the Debtor; within which to file a claim for damages arising from the rejection of the MSA.

DATED above.

_____
UNITED STATES BANKRUPTCY JUDGE

I:\FILES\DOCS\WNS001\270972\PLDG\H45641.DOC