**GREENBERG TRAURIG, LLP**
Attorneys At Law
Suite 700
2375 East Camelback Road
Phoenix, Arizona 85016
Ph: (602) 263-2300
Fax: (602) 263-2350
John R. Clemency (email: clemencyj@gtlaw.com) – SBN 009646
Todd A. Burgess (email: burgesst@gtlaw.com) - SBN 019013

**GREENBERG TRAURIG, P.A.**
Attorneys at Law
1221 Brickell Avenue
Miami, Florida 33131
Ph: (305) 579-0500
Fax: (305) 579-0717
James P.S. Leshaw (email: leshawj@gtlaw.com) – FL Bar No. 917745
Daniel Gold (email: goldd@gtlaw.com) – FL Bar No. 0761281

Attorneys for First Magnus Financial Corporation

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>FIRST MAGNUS FINANCIAL CORPORATION,<br><br>                     Debtor. | Chapter 11<br><br>Case No. 4:07-bk-01578<br><br>**NOTICE OF FILING REDLINE COMPARISONS OF PROPOSED REVISIONS TO: (1) FIRST AMENDED DISCLOSURE STATEMENT; (2) FIRST AMENDED PLAN; AND (3) LIQUIDATING TRUST AGREEMENT**<br><br>**Hearing Date: December 7, 2007**<br>**Hearing Time: 10:15 a.m.** |

First Magnus Financial Corporation ("First Magnus" or "Debtor"), debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "Bankruptcy Case"), hereby files "redline" comparisons showing proposed revisions to the: (1) *First Amended Disclosure Statement In Support Of First Amended Plan Of Liquidation Filed By First*

*Magnus Financial Corporation Dated October 30, 2007* (the "<u>First Amended Disclosure Statement</u>"); (2) *First Amended Chapter 11 Plan Of Liquidation Filed By First Magnus Financial Corporation (Dated October 30, 2007)* (the "<u>First Amended Plan</u>"); and (3) the proposed form of *Liquidating Trust Agreement*. The "redline" versions of each document are attached hereto as Exhibits "A," "B," and "C," respectively.[1]

First Magnus believes that the proposed revisions to the First Amended Disclosure Statement, First Amended Plan, and Liquidating Trust Agreement fairly address (and cure) all legitimate objections to the adequacy of the information contained in the First Amended Disclosure Statement.

Dated: December 5, 2007.

GREENBERG TRAURIG, LLP

*/s/ Todd A. Burgess*
John R. Clemency (SBN 009646)
Todd A. Burgess (SBN 019013)
2375 East Camelback Road
Phoenix, AZ 85016
Telephone: (602) 445-8000
Fax: (602) 445-8100

*Of counsel:*

GREENBERG TRAURIG, P.A.
James P.S. Leshaw (Fla. Bar #917745)
Daniel L. Gold (Fla. Bar #0761281)
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

Attorneys for
First Magnus Financial Corporation

---

[1] Following the hearing on the First Amended Disclosure Statement, First Magnus will file a Second Amended Disclosure Statement and Second Amended Plan reflecting the proposed revisions and any other revisions to the First Amended Disclosure Statement ordered by the Court.

-2-

PHX 328036073v1 12/5/2007
Case 4:07-bk-01578-EWH    Doc 765    Filed 12/05/07    Entered 12/05/07 16:26:34    Desc
Main Document    Page 2 of 9

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

| | |
|---|---|
| 1 | COPIES of the foregoing were served this 5th day of December, 2007, on all parties on the attached Service List via first-class, U.S. Mail, Email or Facsimile to the Court's Copy Only. |
| 2 | |
| 3 | |
| 4 | /s/ Dana N. [signature] |
| 5 | |

-3-

Stephanie L. Cooper
Michael W. Chen
The Cooper Castle Law Firm
820 South Valley View Blvd
Las Vegas, NV 89107

Kenton Hambrick
8200 Jones Branch Drive, MS 202
McLean, VA 22102
Attorneys for Federal Home Loan Mortgage Corp.

Linda Boyle
Time Warner Telecom
10475 Park Meadows Drive
Littleton, CO 80124
Attn: Legal Department

Buckley Kolar LLP
c/o Lisa Davila
1250 24th St NW, Suite 700
Washington, DC 20037

First Magnus Lender Services
c/o Jeff Arnold
5255 E. Williams Cir, Ste 2020
Tucson, AZ 85711

Kirkland & Ellis
c/o Gracie Ruiz
777 South Figueroa Street
Los Angeles, CA 90017

John Schlotter
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
Authorized Agent for Countrywide Home Loans, Inc.

R. Frederick Linfesty
Iron Mountain Information Management, Inc.
745 Atlantic Avenue
Boston, MA 02111

John D. Schlotter
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076

Ronald K. Brown
Law Offices of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA 92660
Attorneys for TA Realty

Paul Caruso
Sidley Austin, LLP
1 South Dearborn
Chicago, IL 60603

Curt R. Craton
Shannon C. Switzer
Craton & Switzer LLP
100 Oceangate, Suite 1200
Long Beach, CA 90802

Zachary Mosner
Assistant Attorney General
800 Fifth Avenue, Suite 20000
Seattle, WA 98104-3188

Marty Sosland
Weil Gotshal & Manges
200 Crescent Court, Suite 300
Dallas, TX 75201
martin.sosland@weil.com

HX 327941307v1

Michael McGrath
Lowell Rothschild
Mesch Clark & Rothschild PC
259 N. Meyer
Tucson, AZ 85701
mmcgrath@mcrazlaw.com
lrothschild@mcrazlaw.com


Philip R. Rudd
Kutak Rock LLP
8601 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85253
philip.rudd@kutakrock.com


Terri Roberts
German Yusufov,
32 North Stone Avenue, Suite 2100
Tucson, AZ 8570
terri.roberts@pcao.pima.gov
german.yusufov@pcao.pima.gov
Attorneys for Creditor Pima County, AZ


Richard D. Holper
THE HOLPER LAW GROUP PLLC
16853 E. Palisades Blvd., Suite 201
Fountain Hills, AZ 85268
rdh@lshlegal.com


Robert J. Miller, Bryce A. Suzuki and Edward M. Zachary
Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
rjmiller@bryancave.com, bryce.suzuki@bryancave.com,
edward.zachary@bryancave.com
Attorneys for The Bank of New York

Clifford B. Altfeld
Altfeld Battaile & Goldman PC
250 N. Meyer Avenue
Tucson, AZ 85701
cbaltfeld@abgattorneys.com
Attorneys for Pyro Brand Development, LLC and The Richards Group


Timothy H. Barnes
Brier, Irish, Hubbard & Erhart, PLC
2400 E. Arizona Biltmore Circle, Site 1300
Phoenix, AZ 85016
tbarnes@bihlaw.com
Attorneys for United Insurance Company of America

Steve Cox
Waterfall Economidis Caldwell Hanshaw & Villamana PC
5210 E. Williams Circle
Tucson, AZ 85711
Steven.Cox@azbar.org


Samir Parikh
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071
samir.parikh@lw.com
Attorneys for WNS North America Inc.


Christopher H. Bayley
SNELL & WILMER LLP
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004
cbayley@swlaw.com
Attorneys for Creditor First Magnus Capital, Inc.

Ronald E. Reinsel
Trevor W. Swett
Caplin & Drysdale
One Thomas Circle NW
Washington, DC 20005
rer@capdale.com; tws@capdale.com
Attorneys for UBS Real Estate Securities, Inc.

Jamie R. Welton
Lackey Hershman
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
jrw@lhlaw.net
Attorneys for Pyro Brand Development, LLC and The Richards Group


Russell C. Brannen, Jr.
O'Neil Cannon Hollman Dejong SC
111 E. Wisconsin Ave, Suite 1400
Milwaukee, WI 53202
russ.brannen@wilaw.com
Attorneys for Paul V. Diamond


Matthew R.K. Waterman
Snell & Wilmer LLP
One South Church Avenue, Suite 1500
Tucson, AZ 85701
mrwaterman@swlaw.com
Attorneys for National Bank of Arizona

HX 327941307v1

Craig Raby
1275 West Washington
Phoenix, AZ 85007
Craig.Raby@azag.gov
Attorneys for Arizona Department of Financial Institutions

Nancy March
DeConcini McDonald Yetwin & Lacy PC
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716
nmarch@dmyl.com
Attorneys for WNS North America, Inc.

Robert J. Rosenberg
Michael J. Riela
Latham & Watkins LLP
53rd at Third, Suite 1000
885 Third Avenue
New York, NY 10022
robert.rosenberg@lw.com
michael.riela@lw.com

Katrina Rumph
Ikon Office Solutions
Recovery & Bankruptcy Group
3920 Arkwright Road, Suite 400
Macon, GA 31210
krumph@ikon.com

Jeremy T. Bergstrom
Miles, Bauer, Bergstrom & Winters LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
jbergstrom@mileslegal.com
Attorneys for Countrywide Home Loans, Inc.

Michael R. Pfeifer
Libby Wong
Pfeifer & Reynolds, LLP
765 The City Drive, Suite 380
Orange, CA 92868
mpfeifer@pfeiferlaw.com
lwong@pfeiferlaw.com
Attorneys for Lighthouse Real Estate Solutions

Sean O'Brien
Gust Rosenfeld PLC
201 E. Washington Street, Suite 800
Phoenix, AZ 85004
spobrien@gustlaw.com
Attorneys for Official Committee of Unsecured Creditors

Robert E. Michael
Robert E. Michael & Associates PLLC
950 Third Avenue, Suite 2500
New York, NY 10022
robert.e.michael.esq@gmail
Attorneys for WNS North America, Inc.

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, 2nd Floor
New Haven, CT 06510
charles@filardi-law.com
Attorneys for Federal Express Corporation

Scott D. Gibson
Kristen M. Green
Gibson, Nakamura & Green, PLLC
2941 N. Swan Road, Suite 101
Tucson, AZ 85712
sgibson@gnglaw.com
kgreen@gnglaw.com
Attorneys for Allegra Print & Imaging

Michael D. Warner, Managing Partner
WARNER STEVENS, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
mwarner@warnerstevens.com
robaldo@warnerstevens.com, jresler@warnerstevens.com
Attorneys for Official Committee of Unsecured Creditors

David E. McAllister
Pite Duncan, LLP
525 E. Main Street
El Cajon, CA 92022
dmcallister@piteduncan.com
Attorneys for Chevy Chase Bank, FSB

James E. Cross
Brenda Martin
Jason J. Romero
Osborn Maledon, PA
2929 N. Central Avenue, Suite 2100
Phoenix, AZ 85012
jcross@omlaw.com; bmartin@omlaw.com;jromero@omlaw.con
Proposed Special Counsel for the Debtor

Lance N. Jurich
Vadim Rubinstein
Loeb & Loeb
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
ljurich@loeb.com
vrubinstein@loeb.com
Attorneys for Merrill Lynch

HX 327941307v1

Daniel P. Colllins
Collins, May, Potenza, Baran & Gillespie, PC
2210 Chase Tower
201 North Central Suite 2210
Phoenix, AZ 85073
dcollins@cmpbglaw.com

Rob Charles
Susan Freeman
Lewis & Roca LLP
40 N. Central Avenue
Phoenix, AZ 85004
RCharles@LRLaw.com - SFreeman@LRLaw.com
Attorneys for Buyers under the Mortgages Loan Repurchase Agreement

Stanford E. Lerch, Esq.
Lerch & Deprima, PLC
4000 North Scottsdale Rd, Suti 107
Scottsdale, AZ 85251
slerch@ldlawaz.com
Attorneys for Anna Tran

Robert P. Harris
Kasey C. Nye, Brian Sirower
Quarles & Brady LLP
One South Church Avenue, Suite 1700
Tucson, AZ 85701
rharris@quarles.com
knye@quarles.com, bsirower@quarles.com
Attorneys for UBS Real Estate Securities, Inc.

Hilary B. Bonial
Brice, Vander Linden & Wernick PC
9441 LBJ Freeway, Suite 350
Dallas, TX 75243
notice@bkcylaw.com
Attorneys for CitiMortgage, Inc.

Jeffrey Wisler
Christina Thompson
Connolly Bove Lodge & Hutz LLP
The Nemours Bldg, 1007 N. Orange Street
Wilmington, DE 19899
jwisler@cblh.com
cthompson@cblh.com
Attorneys for Stoltz Management of Delaware, Inc. and UCM

Eric Slocum Sparks
Law Office of Eric Slocum Sparks
110 South Chruch Avenue #2270
Tucson, AZ 85701
eric@ericslocumsparkspc.com
Attorneys for Ronald J. Gapp, Giuseppe Fusco, and Herbert Eugene Lewis

Scott K. Rutsky
Adam T. Berkowitz
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036-8299
srutsky@proskauer.com
aberkowitz@proskauer.com

Andrew Denatale
Scott Greissman
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
adenatale@whitecase.com
sgreissman@whitecase.com

John T. Siegler
ASK Financial LLP
2600 Eagan Woods Drive
Eagan, NM 55121
Attorneys for Americom Inc.
JSiegler@askfinancial.com

Shelton L. Freeman
DeConcini McDonald Yetwin & Lacy, PC
7310 N. Sixteenth Street, Suite 330
Phoenix, AZ 85020
tfreeman@dmylphx.com
Attorneys for Joseph's Appraisal Group AZ, Inc.

Walter H. Gilbert
Ryan J. Bird
Almquist & Gilbert, PC
10245 E. Via Linda, Suite 106
Scottsdale, AZ 85258
wgilbert@almquist.com
rbird@almquist.com

Mark Bosco
Leonard McDonald
Tiffany & Bosco
2525 E. Camelback Rd, Suite 300
Phoenix, AZ 85016
msb@tblaw.com
ljm@tblaw.com
Attorneys for Countrywide Home Loans, Inc.

John Fries
Ryley Carlock & Applewhite
One North Central Avenue, Suite 1200
Phoenix, AZ 85004
jfries@rcalaw.com
Attorneys for Time Warner Telecom of Arizona, LLC

HX 327941307v1

James B. Ball
Poli & Ball PLC
2999 North 44th Street, Suite 500
Phoenix, AZ 85018
ball@poliball.com
Attorneys for Bank of America, NA

Robert Hacket
Gregory Falls
Mohr, Hackett, Pederson, Blakley, et al
2800 N. Central Ave., Suite 1100
Phoenix, AZ 85004
rhackett@mhplaw.com
gfalls@mhplaw
Attorneys for J. McInery, M. Sukenik, B. & R. Swan, R. Walcher, J. Burkley, K. Swan, S. West and R & S White

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614
jmcandrew@woodsoviatt.com
Attorneys for Function5 Technology Group

Lance N. Jurich
Loeb & Loeb, LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
ljurich@loeb.com
Attorneys for Merrill Lynch Bank USA

Ali J. Farhang
Fennemore Craig PC
One South Church Avenue, Suite 1000
Tucson, AZ 85701
afarhang@fclaw.com

Steven N. Berger
Engelman Berger, PC
3636 North Central Avenue, Suite 700
Phoenix, AZ 85012
snb@engelmanberger.com
Attorneys for MCA Financial Group, Ltd.

Renee Sandler Shamblin
Office of U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Renee.S.Shamblin@usdoj.gov

R. Michael Farquhar
Winstead PC
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
mfarquhar@winstead.com
Attorneys for Bank of America, NA

Steven W. Kelly
Silver & DeBoskey
1801 York Street
Denver, CO 80206
skelly@s-d.com
Attorneys for Brookwood Tamarac Plaza Investors, LLC

Carolyn J. Johnsen
Jennings Strouss & Salmon PLC
The Collier Center, 11th Floor
201 East Washington Street
Phoenix, AZ 85004
cjjohnsen@jsslaw.com
Attorneys for Merrill Lynch Bank USA

John Fries
Ryley Carlock & Applewhite
One North Central Avenue, Suite 1200
Phoenix, AZ 85004
jfries@rcalaw.com
Attorneys for Wells Fargo Bank, NA and Wells Fargo Funding, Inc.

Robert C. Hackett
Gregory Falls
Mohr, Hackett, Pederson, Blakley & Randolph, PC
2800 N. Central Avenue, Suite 1100
Phoenix, AZ 85004
rhackett@mhplaw.com
gfalls@mhplaw.com
Attorneys for Flagstaff Ranch Creditors

Franklin D. Dodge
Ryan Rapp & Underwood, PLC
3101 North Central Avenue, Suite 1500
Phoenix, AZ 85012
tdodge@rwrplc.com
Attorneys for Docusafe of Phoenix, Inc.

Michael D. Breslauer
Solomon Ward Seidenwurm & Smith
401 B Street, Suite 1200
San Diego, CA 92101
mbreslauer@swsslaw.com
Attorneys for Margaret Phoenix

HX 327941307v1

Robert J Spurlock
Bonnett Fairbourn Friedman & Balint PC
2901 N. Central venue, Suite 1000
Phoenix, AZ 85012
bspurlock@bffb.com
Attorneys for Patricia & Jamie Puerto et al.

Josephine E. Piranio
Pite Duncan, LLP
525 E. Main Street
El Cajon, CA 92022
jpiranio@piteduncan.com
Attorneys for Homecomings Financial LLC

Janet L. Chubb
JONES VARGAS
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504
jlc@jonesvargas.com
Attorneys for Harold Curti, Barbara Curti, and U.J. Bianco
Family Trust, Barbara Curti, Trustee

Adam Nach
Lane & Nach PC
2025 N. Third Street
Suite 157
Phoenix, AZ 85004
adam.nach@azbar.org
Attorneys for Joseph's Appraisal Group Arizona, Inc.

Paul A. Patterson, Esq.
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
ppatterson@stradley.com
Attorneys for Cherry Hill Commerce Center Associates L.P.

Edmund J. Wood
Wood & Jones, PS
303 N. 67th Street
Seattle, WA 98103
ewood1@aol.com
Chapter 7 Trustee for Bankruptcy Estate of Sem Doeum and Yun Samay

Madeleine C. Wanslee
Gust Rosenfeld PLC
201 E. Washington, Suite 800
Phoenix, AZ 85004
mwanslee@gustlaw.com
Attorneys for Arizona Central Credit Union

Barbara Maroney
15433 N. Tatum Blvd. Suite 106
Phoenix, AZ 85032
bbm@maroneylawfirm.com

Kevin C. McCoy
Thomas H. Allen
Allen, Sala & Bayne, PLC
1850 N. Central Ave. Suite 1150
Phoenix, AZ 85004
tallen@azbazlaw.com
kmccoy@asbazlaw.com
Attorneys for Borter Enterprises

Nicola G. Suglia, Esq.
Fleisher, Fleisher & Suglia
Plaza 1000 At Main Street, Suite 208
Voorhees, NJ 08043
Nsuglia@fleischerlaw.com
Attorneys for Canon Financial Services, Inc.

HX 327941307v1