# UNITED STATES BANKRUPTCY COURT
For The District of Arizona, Tucson Division
38 South Scott Avenue
Tucson, Arizona 85701

In re: First Magnus Financial Corporation        Case No. 4:07-bk-01578-JMM

Court ID (court use only) _____

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY AND WAIVER OF NOTICE**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001(e)(2).

| **FAIR LIQUIDITY PARTNERS, LLC.** | **STEPHANIE M. PRUDENCE** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments
to transferee should be sent:
**FAIR LIQUIDITY PARTNERS, LLC
19487 ROBLE CT.
Saratoga, CA. 95070
Phone: (408) 868-1507**

Court Record Address of Transferor
(Court Use Only)

Last Four Digits of Acct#: _____

Name and Current Address of Transferor:
**STEPHANIE M. PRUDENCE
Attn: Stephanie M. Prudence
2474 Mendecino Court
Sierra Vista, AZ 85635**
Last Four Digits of Acct#: _____

Court Claim (if known): **#1502**
Claim Amount: **$9,433.42**
Date Claim Filed: **09/13/2007**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Maya Krish_        Date: 02/06/08
Maya Krish
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 & 3571

---
**~~DEADLINE TO OBJECT TO TRANSFER ~~**

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        **CLERK OF THE COURT**

**STEPHANIE M. PRUDENCE** ("Assignor"), transfers and assigns unto Fair Liquidity Partners, LLC with an address at 19487 Roble Ct., Saratoga, CA. 95070, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT, Re: FIRST MAGNUS FINANCIAL CORPORATION, (the "Debtor"), between Assignor and Assignee, all of its right, title, and interest in and to **STEPHANIE M. PRUDENCE** claims of Assignor in the aggregate amount of **$9,433.42** representing all claims pre-petition or post-petition against Debtor in the United States Bankruptcy Court for The District of Arizona, 230 N. First Ave, Suite 101, Phoenix, AZ 85003 administered as Case No. 4:07-bk-01578-JMM. Assignor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e) (1) and 3001 (e) (2).

IN WITNESS WHEREOF, Assignor has signed below as of the __6TH__ day of __February__ 2008.

(Assignor)
**STEPHANIE M. PRUDENCE**

Signature: _Stephanie M. Prudence_
Name: _STEPHANIE M. PRUDENCE_
Title: _N/A_

(Assignee)
**FAIR LIQUIDITY PARTNERS, LLC**

Signature: _Maya Krish_
Name: _Maya Krish_
Title: _Vice President, Credit_

(Assignee)
WITNESS:

Signature: _Mark Davis_
Name: _Mark Davis_
Title: _Credit Manager_