**SIGNED.**



**Dated: April 22, 2008**

_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FIRST MAGNUS FINANCIAL | ) | No. 4:07-bk-01578-JMM |
| CORPORATION, | ) | |
| | ) | **MEMORANDUM DECISION** |
| Debtor. | ) | |

The court has reviewed the Official Committee of Unsecured Creditors (the "Committee") attorneys' most recent and final application for fees and costs (Dkt. #1850). The court also reviewed and considered the position of WNS, Inc. After oral argument held on April 21, 2008, the court took the matter under advisement to further review the parties' positions.

The court now finds the Committee's counsels' application to be reasonable, and therefore will grant the application in all respects, overruling the objection of WNS.

Counsel for the Committee shall submit a form of order as soon as convenient.

DATED AND SIGNED ABOVE.

COPIES served as indicated below
on the date signed above:

John R. Clemency                 (clemencyj@gtlaw.com)
Todd A. Burgess                 (burgesst@gtlaw.com)
Lawrence J. Rosenfeld         (rosenfeldl@gtlaw.com)
Garland A. Brown, Jr.          (browng@gtlaw.com)
Greenberg Traurig, LLP
2375 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
Attorneys for Debtor

Nancy J. March                  (nmarch@dmyl.com)
DeConcini McDonald Yetwin & Lacy, P.C.
2525 E. Broadway Blvd., #200
Tucson, AZ  85716
Attorneys for WNS North America, Inc.

Robert E. Michael            (robert.e.michael.esq@gmail.com)
Robert E. Michael. & Associates. PLLC
950 Third Ave., Suite 2500
New York, NY 10022
Attorneys for WNS North America, Inc.

Michael D. Warner           (mwarner@warnerstevens.com)
Rachel R Obaldo             (robaldo@warnerstevens.com)
Warner Stevens, L.L.P.
301 Commerce St., Suite 1700
Fort Worth, TX 76102
Attorneys for Official Committee of Unsecured Creditors

Renee Sandler Shamblin      (renee.s.shamblin@usdoj.gov)
Office of the U.S. Trustee
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706


By  <u>M.B. Thompson</u>
     Judicial Assistant

Case 4:07-bk-01578-EWH   Doc 2332   Filed 04/22/08   Entered 04/23/08 10:29:42   Desc
Main Document    Page 2 of 2