**SIGNED.**

Dated: March 12, 2009



_____
**JAMES M. MARLAR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| FIRST MAGNUS FINANCIAL CORPORATION, | ) ) ) | No. 4:07-bk-01578-JMM |
| | ) | **MEMORANDUM DECISION** |
| | ) ) | **(CLAIMS OF ANGELA GANAHL, MARGARET** |
| Debtor. | ) | **GELPI AND DEBBIE SHOEMAKER)** |

On January 27, 2009 this court heard and considered the positions of various parties concerning objection to their claims, which had been filed by the Liquidating Trustee under the confirmed plan of reorganization of this debtor. None of the claimants appeared in court to present their cases. At the conclusion of the hearing, the court took certain objections under advisement, in order to more fully review the law (Dkt. #5138). The matters taken under advisement were:

| Claimant | Claim # | Objection, Response, Reply |
|---|---|---|
| Angela Ganahl | 3385 | Docket 4760, 4788, 5100 |
| Margaret Gelpi | 3015 | Docket 4274, 4749, 5100 |
| Debbie Shoemaker | 1690 | Docket 4760, 4791, 5100 |

Each claim will be discussed in turn.

## ANGELA GANAHL

Ms. Ganahl filed a claim for $1,540.80, claiming priority status under 11 U.S.C. § 507(a)(4)(A) for accrued, but unused, vacation pay. The Liquidating Trustee disputes that "unused vacation pay" is entitled to be paid at all.

Ms. Ganahl presented no affirmative evidence. The evidence presented by the Liquidating Trustee shows that the First Magnus employer handbook only authorized "current employees" to the benefits of accrued vacation and/or sick pay.

Because Ms. Ganahl was unable to cite an instance wherein another terminated employee received such benefits, she failed to carry the shifted burden of proof as to this part of her claim, once the Liquidating Trustee raised a credible argument that she was not entitled thereto.

Ms. Ganahl's claim for $1,540.80 for unused vacation will be denied.

## MARGARET GELPI

Ms. Gelpi filed a claim for six (6) months of unused vacation pay.

For the reasons set forth above, as to Ms. Ganahl's similar claim, this claim for unused vacation pay shall be denied.

## DEBBIE SHOEMAKER

Ms. Shoemaker also filed a claim for unused vacation pay. The Liquidating Trustee disputes any amount attributable to vacation pay.

Ms. Shoemaker notes that it is inequitable to treat employees, who loyally waited for their chance to take vacation, differently than those who were fortunate enough to have actually taken their vacation prior to the mass layoff.

1   While the court sympathizes with this position, in the absence of evidence to show that
2   First Magnus failed to follow the dictates of its written handbook policies, this court has no
3   discretion which can be exercised equitably. Equity follows the law, and the law does not authorize
4   recovery here.

5   For the reasons set forth above, as to Ms. Ganahl's similar claim, this claim for unused
6   vacation pay must also be denied.

## **RULING**

Ms. Ganahl's claim of priority for $1,540.80 for unused vacation pay will be DENIED.

Ms. Gelpi's claim of priority for six months of unused vacation pay will be DENIED.

Ms. Shoemaker's claim of priority for unused vacation pay will be DENIED.

Counsel for the Liquidating Trustee shall submit a form of order consistent with this decision, and serve a copy on Ms. Ganahl, Ms. Gelpi and Ms. Shoemaker. Any appeal from the orders must be filed within ten days after the orders are signed. FED. R. BANKR. P. 8002.

DATED AND SIGNED ABOVE.

COPIES served upon the following in the manner indicated on the date signed above:

Craig Solomon Ganz
Greenberg Traurig
2375 E Camelback Rd
Phoenix, AZ 85015
Attorneys for First Magnus Financial Corporation
Attorneys for Liquidating Trustee				Email: ganzc@gtlaw.com

Angela Ganahl
3710 E Taro Lane
Phoenix, AZ 85050					U.S. Mail

Margaret M Gelpi
5125 Feather Way
Antioch, CA 94531					U.S. Mail

Debbie Shoemaker
7230 E Crystal Mist
Tucson, AZ 85750					U.S. Mail

Renee Sandler Shamblin and Elizabeth C. Amorosi
Office of the U.S. Trustee
230 North First Avenue, Suite 204			Email: renee.s.shamblin@usdoj.gov
Phoenix, Arizona 85003-1706				Email: elizabeth.c.amorosi@usdoj.gov

Michael D. Warner
Warner Stevens, LLP
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102				Email: bankruptcy@warnerstevens.com

Séan P. O'Brien
Gust Rosenfeld, PLC
201 East Washington, #800
Phoenix, Arizona 85004-2327				Email: spobrien@gustlaw.com
Attorneys for Official Committee of Unsecured Creditors


By /s/ M.B. Thompson
       Judicial Assistant