FILED

JUL 1 5 2015

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Eileen W. Hollowell

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FIRST MAGNUS FINANCIAL CORPORATION,<br><br>Debtor. | Case No. 4:07-bk-01578-EWH<br><br>Chapter 11<br><br>**ORDER ENTERING FINAL DECREE CLOSING THE CASE AND DISCHARGING LIQUIDATING TRUSTEE AND LITIGATION TRUSTEE**<br><br>(Assigned to the Honorable Eileen W. Hollowell) |

THIS MATTER COMES BEFORE THE COURT pursuant to the *Motion For Entry Of Final Decree And Order Discharging Trustees* (the "Motion") filed by Morris C. Aaron, Liquidating Trustee of the First Magnus Liquidating Trust (the "Liquidating Trustee" and the "Liquidating Trust," respectively), by and through undersigned counsel. Pursuant to the Motion, the Liquidating Trustee asks Court to a final decree closing the above-captioned chapter 11 case (the "Bankruptcy Case") filed by First Magnus Financial Corporation (the "Debtor"), pursuant to 11 U.S.C. § 350(a) and Rule 3022, Federal Rules of Bankruptcy Procedure, discharging and releasing the Liquidating Trustee and Litigation Trustee from any further duties, obligations, and liabilities in the Bankruptcy Case, and exonerating the bond posted by the Liquidating Trustee. Unless otherwise stated, capitalized terms used herein shall have the meanings ascribed to such terms in the Motion.

4783339v2/22333-0003

1       Notice of the Motion and proposed order having been served on all creditors of the
2 Debtor and all parties that requested notice in the Bankruptcy Case, and counsel for the
3 Liquidating Trustee having filed an appropriate certificate of no objection, based on the
4 Motion and good cause appearing,

5       IT IS HEREBY ORDERED granting the Motion in all respects. This Order is the
6 final decree, and the Clerk of the Court is hereby directed to close the Bankruptcy Case.

7       IT IS FURTHER ORDERED that the Litigation Trustee and the Advisory Board
8 (as defined in the Plan) are discharged and released from all duties, obligations, and
9 liabilities arising under the Plan and in relation to the Bankruptcy Case; and that, subject
10 only to the Liquidating Trustee making the final distribution to unsecured creditors, the
11 Liquidating Trustee is discharged and released from all duties, obligations, and liabilities
12 arising under the Plan and in relation to the Bankruptcy Case.

13       IT IS FURTHER ORDERED that any and all bonds posted by the Liquidating
14 Trustee are hereby exonerated.

15 **DATED AND SIGNED ABOVE.**

4783339v2/22333-0003

2

Case 4:07-bk-01578-EWH    Doc 7469    Filed 07/15/15    Entered 07/16/15 09:55:11    Desc
Main Document     Page 2 of 2